## No. 13,773.

## STATE OF LOUISIANA VS. ALPHONSE JOSEPH.

APPEAL from the Sixteenth Judicial District, Parish of St. Landry Lewis, J.

---

*Walter Guion,* Attorney General, and *R. Lee Garland,* District Attorney (*Lewis Guion,* of counsel), for Plaintiff, Appellee.

---

*C. F. Garland* for Defendant, Appellant.

---

### STATEMENT OF THE CASE.

The opinion of the court was delivered by

NICHOLLS, C. J. Defendant having been convicted of an assault with intent to commit rape and sentenced to imprisonment in the penitentiary for seven years has appealed.

The transcript contains no bill of exceptions; no motion in arrest of judgment, and no assignment of errors. We, of ourselves, see no error in the proceedings.

The judgment appealed from is affirmed. (See State vs. Powers, 52 Ann. 1255, and authorities therein cited.)